UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 15-00770-CJC(DFMx)            Date:  October 16, 2015

Title: ARVIN KO V. BANK OF AMERICA

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING THE PARTIES' MOTIONS UNDER SUBMISSION**

      Having read and considered the papers presented by the parties with respect to Plaintiff's motion to remand (Dkt. 13) and Defendant's motion to dismiss (Dkt. 11), the Court finds this matter appropriate for disposition without a hearing.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for October 19, 2015 at 1:30 p.m. is hereby vacated and off calendar.  The Court takes this matter under submission and will issue a decision on the motions forthwith.

bh

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk MKU