UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ARVIN KO, | CASE NO. 8:15-cv-00770-CJC-DFM |
| Plaintiff, | Hon. Cormac J. Carney, Judge |
| vs. | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| BANK OF AMERICA, N.A.; and DOES 1-10, inclusive, | |
| Defendants. | |

In light of the parties' stipulation of dismissal filed with the Court on January 12, 2017 (Dkt. No. 42), and good cause appearing, the Court **ORDERS** that a judgment of dismissal with prejudice be ordered in this matter. It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

A judgment of dismissal with prejudice is hereby entered against Plaintiff, and in favor of Defendant Bank of America, N.A. Plaintiff's case is hereby dismissed with prejudice, Plaintiff shall take nothing against Bank of America, N.A., and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: April 17, 2017

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE